# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:09-cv-87 (WJH) |
| | : |
| GORDON B. GRIGG and PROTRUST MANAGEMENT, INC. | : |
|    d/b/a PROTRUST MANAGEMENT GROUP, LLC | : |
|    d/b/a PROTRUST MANAGEMENT GROUP, INC. | : |
|    d/b/a PROTRUST MANAGEMENT GROUP, INC. LLC | : |
|    d/b/a PROTRUST CORPORATION, | : |
| | : |
| Defendants. | : |
| | : |

## FINAL JUDGMENT AS TO DEFENDANTS GORDON B. GRIGG AND PROTRUST MANAGEMENT, INC.

This matter is before the Court upon Plaintiff Securities and Exchange Commission's ("Commission") Motion to Dismiss Claims for Disgorgement and Civil Penalties against Defendants Gordon B. Grigg ("Grigg") and ProTrust Management, Inc. ("ProTrust") (collectively, "Defendants").

On February 5, 2009, the Court entered a Consent Order for the entry of permanent injunctive and other relief against the Defendants. [Doc. 19]. The Order enjoined the Defendants against future violations of the securities law provisions charged in the Complaint and authorized the Commission to move for disgorgement and civil penalties against the Defendants at a later date.

Following the entry of the Consent Order, Grigg was convicted upon a plea of guilty to criminal charges in United States v. Gordon B. Grigg, Crim. No. 3:09-cr-00089 (M.D.Tenn.), a parallel criminal prosecution brought by the United States Attorney's Office in this District. Grigg was sentenced to ten years' imprisonment and ordered to pay $6,154,174 in restitution.

The Commission represents in its motion that no purpose would be served by pursuing disgorgement and penalties against the Defendants, in view of Grigg's incarceration, the restitution order, the dissolution of ProTrust, and the Defendants' financial condition.

Accordingly, upon motion of the Commission:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commission's claims for disgorgement and civil penalties against the Defendants are dismissed with prejudice, and the Court's Order of February 5, 2009 Granting

Permanent Injunction and other relief [Doc. 19] is hereby designated to be the Final Judgment against the Defendants.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: *January 7, 2010*

UNITED STATES DISTRICT JUDGE